UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JEFFREY LANGENHORST,<br><br>    Defendant. | NO. CR-02-157-RHW-5<br><br>**ORDER DIRECTING GOVERNMENT TO RESPOND** |

Before the Court is Defendant's Motion to Appoint Counsel Larry M. Bakman to File Sentence Amendment and Motion to Compel Larry Bakman to File Sentence Amendment Pursuant to Plea Agreement (ECF No. 2516) and Ex Parte Application for Order (ECF No. 2513).

In both motions, Defendant asks the Court to modify Defendant's sentence so that Defendant receives credit from the time spent in federal custody as agreed upon by the parties during Defendant's change of plea colloquy. The Government has not responded to either motion. Before the Court can rule on the motions, it is necessary for the Government to file a response.

///
///
///
///
///
///

**ORDER DIRECTING GOVERNMENT TO RESPOND ~ 1**

Accordingly, **IT IS HEREBY ORDERED:**

1. On or before May 5, 2011, the Government shall file its response to Defendant's Motion to Compel (ECF No. 2516) and Ex Parte Application for Order (ECF No. 2513).

**IT IS SO ORDERED.** The District Court Executive is directed to enter this order and to provide copies to counsel.

**DATED** this 25th day of April, 2011.

*s/Robert H. Whaley*
ROBERT H. WHALEY
United States District Judge

C:\Temp\notesE1EF34\ordresp.wpd

**ORDER DIRECTING GOVERNMENT TO RESPOND ~ 2**